IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG GARRETT MILLER, | No. 2:17-CV-1273-TLN-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| NATIONAL RAILROAD PASSENGER CORP., et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. No opposition to the pending motion to dismiss (Doc. 12) has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for November 29, 2017, before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

DATED: November 27, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1