IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG GARRETT MILLER,<br><br>    Plaintiff,<br><br>  vs.<br><br>NATIONAL RAILROAD PASSENGER CORP., et al.,<br><br>    Defendants.<br>_____ / | No. 2:17-CV-1273-TLN-CMK<br><br><br><br>ORDER |

      Plaintiff, who is proceeding pro se, brings this civil action. On the court's own motion, the scheduling conference set for January 10, 2018, at 10:00 a.m., before the undersigned in Redding, California, is vacated pending resolution of defendants' motion to dismiss.

      IT IS SO ORDERED.


DATED: January 8, 2018

                                                       /s/ Craig M. Kellison<br>
                                           **CRAIG M. KELLISON**<br>
                                           UNITED STATES MAGISTRATE JUDGE